UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEBRA STANLEY | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 2:15-cv-00042 |
| | * | |
| WAL-MART STORES, INC., | * | SECTION: "J" (3) |
| WAL-MART LOUISIANA, LLC, JOHN DOE | * | |
| AND ABC INSURANCE COMPANY | * | CJB-DEK |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO DISMISS WITH PREJUDICE

**ON MOTION** of plaintiff, Debra Stanley, and defendants, Wal-Mart Stores, Inc. and Wal-Mart Louisiana, L.L.C., appearing herein through undersigned counsel of record, and on suggesting to the Court that this cause has been compromised and settled and therefore they desire to dismiss this suit, with prejudice, each party to bear its own costs.

Respectfully submitted,

THOMAS P. ANZELMO (#2533)
ISIDRO RENÉ DEROJAS (#18182)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, McDANIEL & WELCH
909 Poydras Street, Suite 1000
New Orleans, LA 70112
Telephone: (504) 831-0946
Facsimile: (800) 977-8810
E-Mail: ird@mcsalaw.com
*COUNSEL FOR DEFENDANTS*

RAVI K. SANGISETTY (#30709)
MICHAEL E. LILLIS (#33245)
SANGISETTY LAW FIRM
935 Gravier Street, Suite 835
New Orleans, LA 70112
Telephone: 985) 381-2985
E-Mail: rsk@sangisettylaw.com
*COUNSEL FOR PLAINTIFF*